IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR197 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Court has been advised that defendant wishes to enter a plea in the above matter. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Thursday, September 7, 2006, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties need additional time to finalize plea negotiations. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between August 28, 2006, and September 7, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 31st day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court